

**ORIGINAL**

CV 03-1214 #1

Sciss 40N292

LODGED ___ ENTERED
___ RECEIVED
MAY 30 2003 MR
AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CURAFLO TECHNOLOGIES INC., a British Columbia company,

    Plaintiff,

v.

ACE DURAFLO SYSTEMS, LLC, a Nevada limited liability company,

    Defendant.

No. **CV03-1214**

COMPLAINT

Plaintiff, CuraFlo Technologies Inc ("CuraFlo"), for its complaint against Defendant, Ace DuraFlo Systems, LLC ("Ace"), states and alleges as follows

## JURISDICTION AND VENUE

1    This is an action for declaratory judgment under 28 U S C § 2201  CuraFlo seeks a declaratory judgment that neither it nor it licensees infringe Ace's trademarks  This Court has subject matter jurisdiction pursuant to 28 U S C §§ 1338(a) and 2201  Venue is proper in this district under 28 U S C § 1391(b)

## PARTIES

2    CuraFlo is a British Columbia corporation having its principal office at 202 – 6200 Darnley Street, Burnaby, British Columbia V5B 3B1.

COMPLAINT - 1
LEMM\20828PL.DOC
05/30/03 11 21 AM

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue Suite 2800
Seattle WA 98101 2347
TELEPHONE 206 682 8100

3    Upon information and belief, Ace is a Nevada limited liability company with its principal place of business at 711 Kimberly Avenue, Suite 100, Placentia, California 92870 Ace has sufficient contacts within this district to subject it to the personal jurisdiction of the Court

## FACTUAL BACKGROUND

4    CuraFlo is engaged in the business of cleaning and repairing piping systems

5    Ace is engaged in the business of cleaning and repairing piping systems

6    On information and belief, Ace is the licensee and/or owner of the U S Trademark Registration No 2,484,383, for the mark ACE DURAFLO

7    Ace claims common law rights in the mark DURAFLO

8    On April 24, 2003 and on other occasions, Ace, through its counsel, has sent CuraFlo's licensee and counsel correspondence alleging that CuraFlo's use of its mark CURAFLO infringes Ace's ACE DURAFLO and DURAFLO marks  Ace has further demanded that CURAFLO "immediately terminate any and all uses of the mark CURAFLO or any similar marks "

## COUNT I
## TRADEMARK NONINFRINGEMENT
### (Lanham Act)

9    Plaintiff realleges each and every allegation set forth in paragraphs 1-8 above as if fully set forth herein

10    Ace has asserted and continues to assert that CURAFLO infringes the ACE DURAFLO and DURAFLO trademarks.

11    There is an actual case or controversy between CuraFlo and Ace concerning the alleged infringement of Ace's trademarks in that Ace, through its counsel, has accused CuraFlo of infringing the trademarks

12    Ace's allegations of trademark infringement are without merit

COMPLAINT () - 2
LEMM\20828PL DOC
05/30/03 11 21 AM

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue Suite 2800
Seattle WA 98101-2347
TELEPHONE 206 682 8100

13    Pursuant to 28 U S C §§ 2201 and 1338(a), CuraFlo is entitled to a judgment declaring that it does not infringe any trademark held by Ace

### COUNT II
### REGISTRATION IMPROPERLY REGISTERED

14    Plaintiff realleges each and every allegation set forth in paragraphs 1-13 above as if fully set forth herein

15    U S Trademark Registration No 2,484,383 was improperly issued by the Patent and Trademark Office

16    Pursuant to 15 U S C § 1119, CuraFlo is entitled to an order directing the Commissioner of Patents and Trademarks to cancel the registration of Ace's U S Trademark Registration No 2,484,383

WHEREFORE, Plaintiff CuraFlo respectfully requests the following relief

A    Judgment declaring that CuraFlo does not infringe the ACE DURAFLO, DURAFLO, or any related marks held by Ace,

B    An order under 15 U S C § 1119 to the Commissioner of Patents and Trademarks canceling the registration of Ace's U S Trademark Registration No 2,484,383,

C    An award to CuraFlo of its costs and reasonable attorneys' fees, and

D    An award to CuraFlo of such other and further relief as the Court may deem just and proper

Dated this 30 day of May, 2003

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]

_[signature]_

Gregory F Wesner, WSBA No 30,241
Thomas M Donahue, Jr, WSBA No 23,313

Attorneys for Plaintiff
CURAFLO TECHNOLOGIES INC

COMPLAINT () - 3
LEMM\20828PL.DOC
05/30/03 11 21 AM

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS[PLLC]

LAW OFFICES
1420 Fifth Avenue Suite 2800
Seattle WA 98101 2347
TELEPHONE 206 682 8100

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet

## I (a) PLAINTIFFS
Curaflo Technologies Inc

**DEFENDANTS**
Ace Duraflo Systems, LLC

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF British Columbia
(EXCEPT IN U S PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U S PLAINTIFF CASES ONLY)
NOTE IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CV03-1214

**(c)** ATTORNEYS (FIRM NAME ADDRESS, AND TELEPHONE NUMBER)

Gregory F Wesner
Thomas M Donahue, Jr
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
206 695 1738

ATTORNEYS (IF KNOWN)

FILED ENTERED
LODGED RECEIVED
MAY 30 2003 MR
AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## I. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U S Government Plaintiff
- ☒ 3 Federal Question (U S Government Not a Party)
- ☐ 2 U S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | ☐820 Copyrights | ☐450 Commerce/ICC Rates/etc |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | **PERSONAL PROPERTY** | ☐640 R R & Truck | ☐830 Patent | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐370 Other Fraud | ☐650 Airline Regs | ☒840 Trademark | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐380 Other Personal Property Damage | ☐690 Other | **LABOR** | **SOCIAL SECURITY** | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders' Suits | ☐355 Motor Vehicle Product Liability | ☐385 Property Damage Product Liability | | ☐710 Fair labor Standards Act | ☐861 HIA (1395ff) | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | **PRISONER PETITIONS** | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW(405(g)) | ☐892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐510 Motions to Vacate Sentence | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐441 Voting | **HABEAS CORPUS** | | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐894 Energy Allocation Act |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | | ☐791 Empl Ret Inc Security Act | **FEDERAL TAX SUITS** | ☐895 Freedom of Information Act |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/Accommodations | ☐535 Death Penalty | | | ☐870 Taxes (US Plaintiff or Defendant) | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | | ☐871 IRS Third Party 26 USC 7609 | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | | | ☐890 Other Statutory Actions |
| ☐290 All Other Real Property | | ☐555 Prison Condition | | | | |

## VI. CAUSE OF ACTION
(CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Declaratory Judgment under 28 U.S.C § 2201

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F R C P 23
**DEMAND $** ☒ To be determined at trial
CHECK YES only if demanded in complaint
**JURY DEMAND** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE May 30, 2003

SIGNATURE OF ATTORNEY OF RECORD
/s/ Tom Donahue

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

LEMM\20828600 DOC